E-FILED
Monday, 01 June, 2020  02:46:16 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Vidal Rainey** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case Number: 19-1028** |
| ) | |
| **Kelly Renzi, Susan K. Prentice,** ) | |
| **Jeremy Whicker, Andrea Moss.** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Vidal Rainey's action against Defendants Kelly Renzi, Susan K. Prentice, Jeremy Whicker and Andrea Moss is dismissed.

**Dated: 6/1/2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court